[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15253

_____

D.C. Docket No. 4:11-cv-00123-WTM-GRS

DIANE MOSS,

　　　　　　　　Plaintiff - Appellant,

versus

PREMIERE CREDIT OF NORTH AMERICA, LLC,
GEORGIA DEPARTMENT OF JUVENILE JUSTICE,

　　　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(March 14, 2014)

Before WILSON, Circuit Judge, BUCKLEW,[*] and LAZZARA,[**] District Judges.

PER CURIAM:

---

[*] Honorable Susan C. Bucklew, United States District Judge for the Middle District of Florida, sitting by designation.

[**] Honorable Richard A. Lazzara, United States District Judge for the Middle District of Florida, sitting by designation.

Diane Moss appeals the district court's decision granting summary judgment in favor of Premiere Credit of North America, LLC.  After reviewing the record and the parties' briefs, and with the benefit of oral argument, we affirm for the reasons stated in the district court's well-reasoned order dated September 26, 2012, and based on this court's decision in *Bennett v. Premiere Credit of North America, LLC*, 504 F. App'x 872 (11th Cir. 2013) (per curiam), which we find persuasive.

**AFFIRMED.**